**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

SUN KANG,

Plaintiff,

v.

AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS NATIONAL BANK,

Defendants.

Case No. 2:26-cv-02844-JHC

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT & ORDER**

Noted For Consideration: 10/21/2026

Defendants American Express Company and American Express National Bank (collectively, "American Express"), by and through undersigned counsel, respectfully move for an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint through November 20, 2026. In support of this motion, American Express states as follows:

1. American Express recently retained undersigned counsel in this matter and is investigating the allegations in the Complaint, gathering information from its client, and evaluating its response.

2. American Express requested a thirty-day extension of its deadline to answer, move, or otherwise respond to the Complaint, through and including November 20, 2026.

3. Plaintiff's counsel agreed to the requested extension by email on October 19, 2026. Accordingly, this motion is unopposed.

4. The requested extension will allow recently retained counsel sufficient time to investigate Plaintiff's claims, confer with American Express, and prepare an appropriate response to the Complaint.

5. The requested extension is sought in good faith, is not sought for purposes of delay, and will not prejudice Plaintiff.

WHEREFORE, American Express respectfully requests that the Court extend its deadline to answer, move, or otherwise respond to the Complaint through and including November 20, 2026.

**ORDER**

IT IS SO ORDERED.

John H. Chun

John H. Chun
UNITED STATES DISTRICT JUDGE