IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUN KANG,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS CREDIT CORPORATION, et al,<br><br>Defendants. | Case No. 2:26-CV-02844-JHC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR EXPERIAN TO ANSWER COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br>October 23, 2026 |

Plaintiff Sun Kang ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through counsel, hereby stipulate that Experian's deadline to answer the Complaint (Dkt. # 1) in the above-referenced action is extended to November 19, 2026.

Dated: October 23, 2026

SANDERS LAW GROUP

By: */s/ Craig B. Sanders*
Craig B. Sanders, Esq. (WA Bar 46986)
333 Earle Ovington Boulevard, Suite 402
Uniondale, New York 11553
Office: (516) 203-7600
Email: esanders@sanderslaw.group

*Attorney for Plaintiff Sun Kang*

TROUTMAN PEPPER LOCKE LLP

By: */s/ Thomas N. Abbott*
Thomas N. Abbott (WSBA No. 53024)
100 SW Main Street, Suite 1000
Portland, Oregon 97204
Telephone: 503.290.2322
Email: thomas.abbott@troutman.com

*Attorneys For Defendant Experian Information Solutions, Inc.*

IT IS SO ORDERED.

Dated this 23rd of October, 2026.

John H. Chun
United States District Judge