UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUN KANG,

Plaintiff,

v.

AMERICAN EXPRESS CREDIT CORPORATION, et al.,

Defendants.

**Case No. 2:26-cv-02844-JHC**

**ORDER GRANTING DEFENDANT'S AMERICAN EXPRESS UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This matter comes before the Court on Defendant American Express National Bank's Unopposed Motion for Second Extension of Time to Respond to Complaint. Dkt. 14. Having considered the motion and finding good cause shown, the Court GRANTS the motion.

IT IS HEREBY ORDERED that Defendant American Express National Bank shall answer, move, or otherwise respond to Plaintiff's Complaint on or before December 4, 2026.

Dated this 20th day of November, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge